IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**PACIFIC DIAMOND & PRECIOUS METALS, INC.,**

        Plaintiff,

   v.

**AMERIFLEX ENGINEERING LLC**,

        Defendants.

_____

Civ. Nos. 6:21-cv-00549-AA (lead case); 6:21-cv-00550-AA (member case); 6:21-cv-00551-AA (member case).

**OPINION AND ORDER**

AIKEN, District Judge:

    The parties provided notice to the Court of voluntarily settlement according to Local Rule ("LR") 41-1(a).  Upon such notice, the Court ORDERS this case dismissed with prejudice and with rights to any party to reopen the case in the event of a failure to consummate the final settlement agreement within 60 days of this Order.  LR 41-1(c).

    IT IS SO ORDERED.

    Dated this 23rd day of January 2023.


                _____/s/Ann Aiken_____

                     Ann Aiken
             United States District Judge